To: The Court of Criminal Appeals
From: Dwight Hines - 1556881
Re: Your Help.

6-8-2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 15 2015

Abel Acosta, Clerk

Hello, Sir/ms,

God bless you And your members there. I Am Writing on the Advisement of the units' Law Library Supervisor

Sir/ms I will try to be brief As possible. I had An direct Appeal filed on my bogus case After Sentencing. It was Affirmed by the Appeals court In Corpus Christi' Then A PDR was filed by The Bexar County Appellate Public Defender's office. No word from the courts And the Address 410 S. Main, Ste #214 San Antonio TX 78204, 210-335-0701 is Not the correct Address Anymore For that office I've wrote then this unprofessional Law library Supervisor doesn't have the correct Address or what to do to Find out what's the status of the PDR filed. Please could you tell me the status of the PDR And/or the correct Address to the Bexar County Appellate Defender's office. Thank you for your time And Assistance

Sincerely,
D Hines